# United States District Court
# For The Western District of North Carolina
# Asheville Division

JASON B. ROGERS,

       Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                                   2:11cv39

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 04/03/2012 Order of Remand.

                                                     Signed: April 3, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court